**[J-51A-2024, J-51B-2024, J-51C-2024, J-51D-2024, J-51E-2024, J-51F-2024, J-51G-2024, J-51H-2024, J-51I-2024 and J-51J-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: E.D.A., III, A MINOR | : | No. 15 MAP 2024 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Superior Court at No. 683 MDA |
| APPEAL OF: E.D.A., JR., FATHER | : | 2022 dated December 14, 2023, |
| | : | Affirming the Decree of the York |
| | : | County Court of Common Pleas, |
| | : | Orphans' Court, at No. 2022-0008a |
| | : | dated April 20, 2022. |
| | : | |
| | : | ARGUED:  November 20, 2024 |

| | | |
|---|---|---|
| IN THE INTEREST OF: B.W., A MINOR | : | No. 16 MAP 2024 |
| | : | |
| | : | Appeal from the Order of the |
| APPEAL OF: E.A., JR., FATHER | : | Superior Court at No. 687 MDA |
| | : | 2022 dated December 14, 2023, |
| | : | Affirming the Decree of the York |
| | : | County Court of Common Pleas, |
| | : | Orphans Court, at No. 2022-0007a |
| | : | dated April 20, 2022. |
| | : | |
| | : | ARGUED:  November 20, 2024 |

| | | |
|---|---|---|
| IN THE INTEREST OF: A.B.A., A MINOR | : | No. 17 MAP 2024 |
| | : | |
| | : | Appeal from the Order of the |
| APPEAL OF: E.A., JR., FATHER | : | Superior Court at No. 686 MDA |
| | : | 2022 dated December 14, 2023, |
| | : | Affirming the Decree of the York |
| | : | County Court of Common Pleas, |
| | : | Orphans' Court, at No. 2022-0019a |
| | : | dated April 20, 2022. |
| | : | |
| | : | ARGUED:  November 20, 2024 |

| | | |
|---|---|---|
| IN THE INTEREST OF: R.M.A., A MINOR | : | No. 18 MAP 2024 |
| | : | |
| | : | Appeal from the Order of the |
| APPEAL OF: E.A., JR., FATHER | : | Superior Court at No. 685 MDA |

| | |
|---|---|
| | : 2022 dated December 14, 2023, |
| | : Affirming the Decree of the York |
| | : County Court of Common Pleas, |
| | : Orphans' Court, at No. 2022-0010a |
| | : dated April 20, 2022. |
| | : |
| | : ARGUED:  November 20, 2024 |
| IN THE INTEREST OF: E.J.A., A MINOR | : No. 19 MAP 2024 |
| | : |
| | : Appeal from the Order of the |
| APPEAL OF: E.A., JR., FATHER | : Superior Court at No. 684 MDA |
| | : 2022 dated December 14, 2023, |
| | : Affirming the Decree of the York |
| | : County Court of Common Pleas, |
| | : Orphans' Court, at No. 2022-0009a, |
| | : dated April 20, 2022. |
| | : |
| | : ARGUED:  November 20, 2024 |
| IN THE INTEREST OF: E.D.A., III, A MINOR | : No. 20 MAP 2024 |
| | : |
| | : Appeal from the Order of the |
| | : Superior Court at No. 755 MDA |
| APPEAL OF: T.M.A., MOTHER | : 2022 dated December 14, 2023, |
| | : Affirming the Decree of the York |
| | : County Court of Common Pleas, |
| | : Orphans' Court, at No. 2022-0008a |
| | : dated April 20, 2022. |
| | : |
| | : ARGUED:  November 20, 2024 |
| IN THE INTEREST OF: E.J.A., A MINOR | : No. 21 MAP 2024 |
| | : |
| | : Appeal from the Order of the |
| APPEAL OF: T.M.A., MOTHER | : Superior Court at No. 756 MDA |
| | : 2022 dated December 14, 2023, |
| | : Affirming the Decree of the York |
| | : County Court of Common Pleas, |
| | : Orphans' Court, at No. 2022-0009a |
| | : dated April 20, 2022. |
| | : |
| | : ARGUED:  November 20, 2024 |
| IN THE INTEREST OF: R.M.A., A MINOR | : No. 22 MAP 2024 |
| | : |

[J-51A-2024, J-51B-2024, J-51C-2024, J-51D-2024, J-51E-2024, J-51F-2024, J-51G-2024, J-51H-2024, J-51I-2024 and J-51J-2024] - 2

|  | : | Appeal from the Order of the |
| APPEAL OF: T.W.A., MOTHER | : | Superior Court at No. 757 MDA |
|  | : | 2022 dated December 14, 2023, |
|  | : | Affirming the Decree of the York |
|  | : | County Court of Common Pleas, |
|  | : | Orphans' Court, at No. 2022-0010a |
|  | : | dated April 20, 2022. |
|  | : |  |
|  | : | ARGUED:  November 20, 2024 |

| IN THE INTEREST OF: A.B.A., A MINOR | : | No. 23 MAP 2024 |
|  | : |  |
|  | : | Appeal from the Order of the |
| APPEAL OF: T.W.A., MOTHER | : | Superior Court at No. 758 MDA |
|  | : | 2022 dated December 14, 2023, |
|  | : | Affirming the Decree of the York |
|  | : | County Court of Common Pleas, |
|  | : | Orphans' Court, at No. 2022-0019a |
|  | : | dated April 20, 2022. |
|  | : |  |
|  | : | ARGUED:  November 20, 2024 |

| IN THE INTEREST OF: B.W., A MINOR | : | No. 24 MAP 2024 |
|  | : |  |
|  | : | Appeal from the Order of the |
| APPEAL OF: T.W.A., MOTHER | : | Superior Court at No. 759 MDA |
|  | : | 2022 dated December 14, 2023, |
|  | : | Affirming the Decree of the York |
|  | : | County Court of Common Pleas, |
|  | : | Orphans' Court, at No. 2022-0007a |
|  | : | dated April 20, 2022. |
|  | : |  |
|  | : | ARGUED:  November 20, 2024 |

## ORDER

**PER CURIAM**                                               **DECIDED:  March 26, 2025**

AND NOW, this 26th day of March, 2025, the appeal is **DISMISSED** as having been improvidently granted.

Justice Donohue files a dissenting statement.

Justice McCaffery did not participate in the consideration or decision of this matter.

[J-51A-2024, J-51B-2024, J-51C-2024, J-51D-2024, J-51E-2024, J-51F-2024, J-51G-2024, J-51H-2024, J-51I-2024 and J-51J-2024] - 3